IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DADRAIN BANKS                                                                                              PLAINTIFF

v.                                            4:17CV00227-JLH

M. LAMBERT, Deputy,
Pulaski County Detention Center; *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

DATED this 24th day of July, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE